IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LINDA M. McCOY                                                        PLAINTIFF

VERSUS                                                   CAUSE NO. 2:10CV32-DAS

COMMISSIONER OF SOCIAL SECURITY                              DEFENDANT

### ORDER DISMISSING CASE

Before the court is the claimant's unopposed motion (# 14) to dismiss this case. In support of the motion, the claimant states that her attorney has reviewed the administrative record of this case and has found no legitimate basis for the current appeal. The court finds the motion is well taken and that it should be granted. Therefore, it is

**ORDERED** that the claimant's motion to dismiss is hereby **GRANTED** with prejudice.

THIS, the 16th day of July, 2010.

                                        /s/ David A. Sanders
                                        UNITED STATES MAGISTRATE JUDGE